| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hummel, Christian F. | 2. Court or Organization<br><br>United States District Court N.Y. Northern District | 3. Date of Report<br><br>06/27/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Magistrate Judge Full-time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>United States District Court<br>Northern District of New York<br>445 Broadway<br>Albany, NY 12207 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | New York State Retirement System, currently receiving pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | State University of New York Wages | $5,923.88 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. First Niagara Bank / Key Bank | A | Interest | | | Merged<br>(with line 2) | 01/31/19 | L | A | |
| 2. Key Bank | A | Interest | M | T | | | | | |
| 3. S.E.F.C.U. Account | A | Interest | K | T | | | | | |
| 4. Capital One Bank (Savings) | A | Interest | J | T | | | | | |
| 5. Trustco Bank Account | A | Interest | L | T | Buy | 07/22/19 | L | | |
| 6. Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 7. Capital One Bank IRA Account (Header) | | | | | | | | | |
| 8. - T Rowe Price 2025 Retmt Fund | B | Int./Div. | K | T | | | | | |
| 9. - Cash Account | A | Interest | K | T | | | | | |
| 10. I.R.A. Account #1 (Header) | | | | | | | | | |
| 11. - SunAmerica Dynamic Allocation | C | Int./Div. | L | T | | | | | |
| 12. - SunAmerica Dynamic Strategy | C | Int./Div. | L | T | | | | | |
| 13. - Secure Value Account SA American Funds<br>Fixed Interest | B | Int./Div. | K | T | | | | | |
| 14. Brokerage Account #1 (Header) | | | | | | | | | |
| 15. - SEI Large Cap Growth | A | Int./Div. | J | T | Sold<br>(part) | 06/24/19 | J | A | |
| 16. - SEI Large Cap Value | A | Int./Div. | J | T | Sold<br>(part) | 12/24/19 | J | A | |
| 17. - SEI Sm Cap Growth | A | Int./Div. | J | T | Sold<br>(part) | 12/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - SEI Sm Cap Value | A | Int./Div. | J | T | Sold<br>(part) | 09/24/19 | J | A | |
| 19.   - SEI Intl Equity | A | Int./Div. | J | T | Sold<br>(part) | 12/24/19 | J | A | |
| 20.   - SEI Emerging Markets Equity | A | Int./Div. | J | T | Sold<br>(part) | 12/24/19 | J | A | |
| 21.   - SEI Core Fixed Income | A | Int./Div. | J | T | Sold<br>(part) | 06/24/19 | J | A | |
| 22.   - SEI Hi Yield Bond Fund | A | Int./Div. | J | T | Sold<br>(part) | 09/24/19 | J | A | |
| 23.   - SEI Intl Fixed Income | A | Int./Div. | J | T | Sold<br>(part) | 09/24/19 | J | A | |
| 24.   - SEI Emerging Markets Debt | A | Int./Div. | J | T | Sold<br>(part) | 12/24/19 | J | A | |
| 25.   - SEI Government Fund | A | Int./Div. | J | T | | | | | |
| 26.   Legg Mason Global Asset (Roth IRA)<br>(Header) | | | | | | | | | |
| 27.   - Legg Mason Lifestyle / Moderate<br>Allocation | A | Int./Div. | J | T | | | | | |
| 28.   IRA Account #2 (SEI Funds) (Header) | | | | | | | | | |
| 29.   - SEI Large Cap | A | Int./Div. | K | T | | | | | |
| 30.   - SEI Small Cap | A | Int./Div. | J | T | | | | | |
| 31.   - SEI Intl Equity | A | Int./Div. | K | T | | | | | |
| 32.   - SEI Emerging Markets Equity | A | Int./Div. | J | T | | | | | |
| 33.   - SEI Hi Yield Bond | A | Int./Div. | J | T | | | | | |
| 34.   - SEI Emerging Markets Debt | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SEI Dynamic Asset | A | Int./Div. | J | T | | | | | |
| 36. - SEI Multi-Asset | B | Int./Div. | K | T | | | | | |
| 37. - SEI Core Fixed Income Fund | A | Interest | J | T | | | | | |
| 38. - SEI Government Fund | A | Int./Div. | K | T | | | | | |
| 39. Jackson National Life Annuity (IRA) (Header) | | | | | | | | | |
| 40. - PPM America Total Return | A | Int./Div. | J | T | | | | | |
| 41. - PPM America Fl Rate Income | A | Int./Div. | | | Sold | 05/15/19 | J | A | |
| 42. - Pimco Real Return | A | Int./Div. | | | Sold | 08/28/19 | J | A | |
| 43. - Vanguard US StkMktIndx | C | Int./Div. | L | T | | | | | |
| 44. - Epoch Global SH Yield | B | Int./Div. | | | Sold | 10/29/19 | K | A | |
| 45. - Double Line CAPE | B | Int./Div. | J | T | | | | | |
| 46. - Morningstar Wide Moat | A | Int./Div. | K | T | | | | | |
| 47. - Invesco China-India | A | Int./Div. | | | Sold | 07/05/19 | J | A | |
| 48. - Causeway Intl Value Sel | A | Int./Div. | | | Sold | 07/05/19 | J | A | |
| 49. - AQR Large Cap Rlxd CnstEq | A | Int./Div. | J | T | | | | | |
| 50. - JP Morgan US Govt | B | Int./Div. | K | T | Buy | 10/29/19 | K | | |
| 51. - MC Equity Income | A | Int./Div. | J | T | Buy | 08/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - MC Real Estate Sector | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 53.   - T Rowe Price Est Growth | A | Dividend | J | T | Buy | 07/05/19 | J | | |
| 54.   - Vanguard Intl Stk Mkt Index | B | Dividend | K | T | Buy | 07/05/19 | K | | |
| 55.   - RAFI Fund Asia Dev | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 56.   - GQG Emerg Mkts Eq | A | Dividend | J | T | Buy | 05/15/19 | J | | |
| 57.   - WCM Focused Intl Equity | A | Dividend | J | T | Buy | 06/10/19 | J | | |
| 58.   IRA Account #3 (SEI Funds) (Header) | | | | | | | | | |
| 59.   - 3M Common | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 60.   - Alphabet A | | None | J | T | | | | | |
| 61.   - Analog Devices | A | Dividend | J | T | | | | | |
| 62.   - Auto Zone | | None | J | T | | | | | |
| 63.   - Becton Dickinson | A | Dividend | J | T | | | | | |
| 64.   - CME Group | A | Dividend | J | T | | | | | |
| 65.   - Colgate Palmoloive | A | Dividend | J | T | | | | | |
| 66.   - Ecolab Inc. | A | Dividend | J | T | | | | | |
| 67.   - FactSet Research | A | Dividend | J | T | | | | | |
| 68.   - Graco Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 70. - Lindle PLC | A | Dividend | J | T | | | | | |
| 71. - Lowe's Cos. | A | Dividend | J | T | | | | | |
| 72. - Mastercard Inc. | A | Dividend | J | T | | | | | |
| 73. - Mettler Toledo Intl. | | None | J | T | | | | | |
| 74. - Microsoft Corp. | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 75. - Middleby Corp. | | None | J | T | | | | | |
| 76. - Moody's Corp. | A | Dividend | J | T | | | | | |
| 77. - MSCI Inc. | A | Dividend | J | T | | | | | |
| 78. - Nike Inc. | A | Dividend | J | T | | | | | |
| 79. - Oracle Corp. | A | Dividend | J | T | | | | | |
| 80. - PepsiCo Inc. | A | Dividend | J | T | | | | | |
| 81. - Sherwin Williams | A | Dividend | J | T | | | | | |
| 82. - Tiffany & Co. | A | Dividend | | | Sold | 12/16/19 | J | A | |
| 83. - TJX Cos. | A | Dividend | J | T | | | | | |
| 84. - UnitedHeath Group | A | Dividend | J | T | | | | | |
| 85. - United Technologies | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - US Bancorp | A | Dividend | J | T | | | | | |
| 87.   - Varian Medical Systems | | None | J | T | | | | | |
| 88.   - ABM Industries | A | Dividend | | | Sold | 12/18/19 | J | A | |
| 89.   - Acceleron Pharma Inc. | | None | J | T | Buy | 12/18/19 | J | | |
| 90.   - Acuity Brands | A | Dividend | | | Sold | 04/04/19 | J | A | |
| 91.   - Addus HomeCare | | None | J | T | | | | | |
| 92.   - Agco | A | Dividend | | | Sold | 09/18/19 | J | A | |
| 93.   - Alaska Air Group | A | Dividend | | | Sold | 09/18/19 | J | A | |
| 94.   - Altra Industrial | A | Dividend | J | T | | | | | |
| 95.   - Amedisys Inc. | | None | J | T | | | | | |
| 96.   - American Homes 4 Rent | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 97.   - American Outdoor Brands | | None | | | Sold | 09/18/19 | J | A | |
| 98.   - AO Smith Corp. | A | Dividend | J | T | | | | | |
| 99.   - Apartment Invest Mgmt. | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 100.   - Appolo Comm Real Estate | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 101.   - Apple Hospitality REIT Inc. | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 102.   - Armour Residential REIT | A | Dividend | | | Sold | 06/04/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Armstrong World | A | Dividend | J | T | | | | | |
| 104.   - Ashland Global Holdings | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 105.   - Assurant Inc. | A | Dividend | | | Sold | 03/30/19 | J | A | |
| 106.   - Avery Dennison Corp. | A | Dividend | J | T | Buy | 03/30/19 | J | | |
| 107.   - Balchem Corp | A | Dividend | J | T | | | | | |
| 108.   - Bancorp South Bank | A | Dividend | J | T | | | | | |
| 109.   - Bank United Inc. | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 110.   - Big Lots Inc. | A | Dividend | | | Sold | 04/16/19 | J | A | |
| 111.   - Box Inc. | | None | J | T | Buy | 10/01/19 | J | | |
| 112.   - Boyd Gaming Corp. | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 113.   - Brandywine Realty Trust | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 114.   - Bruker Corp. | A | Dividend | J | T | | | | | |
| 115.   - Burlington Stores | | None | J | T | | | | | |
| 116.   - Cactus Inc. | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 117.   - Cadence Design | | None | | | Sold | 10/01/19 | J | A | |
| 118.   - Calavo Growers | A | Dividend | | | Sold | 10/01/19 | J | A | |
| 119.   - Cantel Medical | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>mm/dd/yy | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Cathay General Bancorp | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 121. - Centennial Resourse Dev | | None | | | Sold | 12/18/19 | J | A | |
| 122. - CF Industries Holdings | A | Dividend | | | Sold | 12/18/19 | J | A | |
| 123. - Charles River Laboratories | | None | J | T | | | | | |
| 124. - Chemed Corp. | A | Dividend | J | T | | | | | |
| 125. - Chemours Co. | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 126. - Childrens Place | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 127. - Chimera Investment | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 128. - Choice Hotels | A | Dividend | J | T | | | | | |
| 129. - Cimpress NV | | None | J | T | | | | | |
| 130. - Cirrus Logic | A | Dividend | | | Sold | 05/15/19 | J | A | |
| 131. - Coeur Mining | | None | | | Sold | 06/04/19 | J | A | |
| 132. - Cogent Communications | A | Dividend | J | T | | | | | |
| 133. - Columbia Property Trust | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 134. - CommVault Systems | | None | | | Sold | 06/04/19 | J | A | |
| 135. - Cooper Tire | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 136. - CoreSite Realty | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. - Coupa Software | | None | J | T | | | | | |
| 138. - Deckers Outdoor | | None | | | Sold | 04/04/19 | J | A | |
| 139. - Dine Brands Global | A | Dividend | | | Sold | 04/04/19 | J | A | |
| 140. - Dorman Products | | None | J | T | | | | | |
| 141. - Dril-Quip Inc. | | None | | | Sold | 11/12/19 | J | A | |
| 142. - Dycom Industries | | None | J | T | Buy | 11/12/19 | J | | |
| 143. - Eagle Bancorp | | None | | | Sold | 11/12/19 | J | A | |
| 144. - East Group Properties | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 145. - Element Solutions Inc. | | None | J | T | Buy | 11/12/19 | J | | |
| 146. - Energizer Holdings | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 147. - EnerSys | A | Dividend | J | T | Buy | 10/16/19 | J | | |
| 148. - Euronet Worldwide | | None | | | Sold | 10/16/19 | J | A | |
| 149. - First American Financial | A | Dividend | | | Sold | 04/04/19 | J | A | |
| 150. - First Financial Bancshares | A | Dividend | J | T | | | | | |
| 151. - First Hawaiian Inc. | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 152. - First Interstate Bank | A | Dividend | J | T | | | | | |
| 153. - Five Below Inc. | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Flagstar Bancorp Inc. | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 155.  - Floor & Decor Holdings | | None | J | T | Buy | 10/19/19 | J | | |
| 156.  - FNB Corp/PA | A | Dividend | J | T | Buy | 10/16/19 | J | | |
| 157.  - Fortinet Inc. | | None | | | Sold | 06/04/19 | J | A | |
| 158.  - Fox Factory Holding | | None | | | Sold | 06/04/19 | J | A | |
| 159.  - FNB Corp/PA | A | Dividend | J | T | Buy | 10/16/19 | J | | |
| 160.  - Frontier Communications | | None | | | Sold | 10/19/19 | J | A | |
| 161.  - Genesco Inc. | | None | | | Sold | 10/16/19 | J | A | |
| 162.  - Global Net Lease | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 163.  - Globe Life Inc. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 164.  - Goodyear Tire | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 165.  - Greenbrier Cos. | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 166.  - Green Plains Inc. | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 167.  - Hawaiian Electric | A | Dividend | J | T | | | | | |
| 168.  - Healthcare Services Group | A | Dividend | | | Sold | 04/04/19 | J | A | |
| 169.  - Health Insurance Innovations | A | Dividend | | | Sold | 04/04/19 | J | A | |
| 170.  - Helmerich & Payne | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   - Heron Therapeutics | | None | J | T | Buy | 04/11/19 | J | | |
| 172.   - Highwoods Properties | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 173.   - Hill-Rom Holdings | A | Dividend | J | T | | | | | |
| 174.   - HollyFrontier Corp. | A | Dividend | | | Sold | 04/16/19 | J | A | |
| 175.   - Hyatt Hotels Corp. | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 176.   - Iberiabank Corp. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 177.   - Innoviva Inc. | | None | J | T | Buy | 06/04/19 | J | | |
| 178.   - Integra Life Sciences | | None | | | Sold | 06/04/19 | J | A | |
| 179.   - iRythm Technologies | | None | J | T | | | | | |
| 180.   - Iron Mtn | A | Dividend | | | Sold | 10/22/19 | J | A | |
| 181.   - Jefferies Financial Group | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 182.   - Kennametal Inc. | A | Dividend | | | Sold | 05/15/19 | J | A | |
| 183.   - Lamb Weston Holdings | A | Dividend | J | T | | | | | |
| 184.   - Lancaster Colony | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 185.   - Laureate Education Inc. | | None | J | T | Buy | 06/04/19 | J | | |
| 186.   - LGI Homes Inc. | A | Dividend | J | T | Buy | 10/16/19 | J | | |
| 187.   - Live Nation Entertainment | | None | | | Sold | 10/16/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - Manhattan Associates | | None | J | T | | | | | |
| 189.  - Masonite International | | None | | | Sold | 12/18/19 | J | A | |
| 190.  - MEDNAX Inc. | | None | J | T | Buy | 12/18/19 | J | | |
| 191.  - Meritage Homes Corp. | | None | | | Sold | 05/15/19 | J | A | |
| 192.  - MicroStrategy Inc. | | None | | | Sold | 06/04/19 | J | A | |
| 193.  - Moelis & Co. | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 194.  - Monolithic Power Systems | A | Dividend | J | T | | | | | |
| 195.  - National Instruments | A | Dividend | J | T | | | | | |
| 196.  - Neogen Corp. | | None | J | T | | | | | |
| 197.  - NetScout Systems Inc. | | | J | T | Buy | 11/12/19 | J | | |
| 198.  - Nordstrom Inc. | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 199.  - Nutanix Inc. | | None | | | Sold | 11/12/19 | J | A | |
| 200.  - Old National Bancorp. | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 201.  - Oxford Industries Inc. | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 202.  - Pacira Biosciences | | None | J | T | Buy | 12/18/19 | J | | |
| 203.  - PacWest Bancorp | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 204.  - Paramount Group Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Pattern Energy Group | A | Dividend | | | Sold | 11/05/19 | J | A | |
| 206. - Patterson UTI Energy | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 207. - PBF Energy Inc. | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 208. - Penn National Gaming | | None | J | T | Buy | 12/18/19 | J | | |
| 209. - People's United Financial | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 210. - Perkin Elmer Inc. | A | Dividend | J | T | | | | | |
| 211. - Piedmont Office Realty | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 212. - Pinnacle West Capital | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 213. - Potlatch Deltic | A | Dividend | J | T | | | | | |
| 214. - Power Integrations | A | Dividend | | | Sold | 10/29/19 | J | A | |
| 215. - Premier Inc. | | None | J | T | Buy | 10/29/19 | J | | |
| 216. - ProAssurance Corp. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 217. - Progress Software | A | Dividend | J | T | | | | | |
| 218. - ProPetro Holding | | None | | | Sold | 04/04/19 | J | A | |
| 219. - Prosperity Bancshares | A | Dividend | J | T | | | | | |
| 220. - PS Business parks | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 221. - Pulte Group | A | Dividend | | | Sold | 06/04/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.   - Pure Storage Inc. | | None | J | T | Buy | 10/22/19 | J | | |
| 223.   - Qiagen Nv Shares | | None | | | Sold | 10/22/19 | J | A | |
| 224.   - QTS Realty Trust | A | Dividend | | | Sold | 10/29/19 | J | A | |
| 225.   - Ralph Lauren Corp. | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 226.   - Redfin Corp. | | None | | | Sold | 04/30/19 | J | A | |
| 227.   - Reinsurance Group of America | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 228.   - RE/MAX Holdings | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 229.   - Renewable Energy Group | | None | J | T | Buy | 06/04/19 | J | | |
| 230.   - Rollins Inc. | A | Dividend | J | T | | | | | |
| 231.   - Royal Gold | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 232.   - Schnitzer Steel | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 233.   - Sealed Air Corp | A | Dividend | J | T | | | | | |
| 234.   - Seattle Genetics | | None | J | T | | | | | |
| 235.   - Simpson Manufacturing | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 236.   - SiteOne Landscape Supply | | None | J | T | Buy | 09/18/19 | J | | |
| 237.   - South State Corp. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 238.   - Spirit AeroSystems | | None | | | Sold | 06/04/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  - Spirit Realty Capital | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 240.  - SPS Commerce | | None | J | T | | | | | |
| 241.  - Steris PLC | A | Dividend | J | T | | | | | |
| 242.  - Tempur Sealy | | None | | | Sold | 05/15/19 | J | A | |
| 243.  - Teradyne Inc. | A | Dividend | | | Sold | 10/01/19 | J | A | |
| 244.  - Texas Roadhouse | A | Dividend | J | T | | | | | |
| 245.  - Toll Brothers Inc. | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 246.  - Torchmark | A | Dividend | | | Sold | 12/18/19 | J | A | |
| 247.  - Trimble Inc. | | None | J | T | | | | | |
| 248.  - Trip Advisor | | None | | | Sold | 04/30/19 | J | A | |
| 249.  - Trustmark Corp. | A | Dividend | J | T | | | | | |
| 250.  - Two Harbors Investment Corp. | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 251.  - UMB Financial Corp. | A | Dividend | J | T | Buy | 03/04/19 | J | | |
| 252.  - Umpqua Holdings Corp. | A | Dividend | J | T | Buy | 03/04/19 | J | | |
| 253.  - United Bancshares Inc/WV | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 254.  - United Natural Foods | | None | J | T | Buy | 06/04/19 | J | | |
| 255.  - United Therapeutics | | None | | | Sold | 10/01/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Univar Solutions Inc. | | None | J | T | Buy | 10/01/19 | J | | |
| 257. - Universal Corp | A | Dividend | | | Sold | 10/01/19 | J | A | |
| 258. - Urban Outfitters Inc. | | None | J | T | Buy | 10/01/19 | J | | |
| 259. - US Physical Therapy | A | Dividend | J | T | | | | | |
| 260. - Valmont Industries Inc. | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 261. - Varonis Systems | | None | J | T | | | | | |
| 262. - Waddell & Reed | A | Dividend | | | Sold | 04/04/19 | J | A | |
| 263. - Warrier Met Coal Inc. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 264. - Washington Federal Inc. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 265. - Watts Water Technologies | A | Dividend | J | T | | | | | |
| 266. - West Pharmaceuticals | A | Dividend | J | T | | | | | |
| 267. - Wingstop Inc. | A | Dividend | | | Sold | 10/29/19 | J | A | |
| 268. - Wyndham Hotels & Resorts | A | Dividend | J | T | Buy | 04/16/19 | J | | |
| 269. - Yelp Inc. | | None | J | T | Buy | 12/05/19 | J | | |
| 270. - Yext Inc. | | None | | | Sold | 04/04/19 | J | A | |
| 271. - Zendesk Inc. | | None | J | T | Buy | 04/04/19 | J | | |
| 272. - Zions Bancorp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.   - Aberdeen Global Dynamic | A | Dividend | J | T | | | | | |
| 274.   - Aberdeen Global Premier Properties | A | Dividend | J | T | | | | | |
| 275.   - Aberdeen Toatl Dynamic Dividends | A | Dividend | J | T | | | | | |
| 276.   - Advent Claymore Conv Sec | A | Dividend | J | T | | | | | |
| 277.   - AllianzGI Equity & Conv | A | Dividend | J | T | | | | | |
| 278.   - AllianzGI Nfj Dividend Int | A | Dividend | J | T | | | | | |
| 279.   - Apollo Senior Floating Rate | A | Dividend | J | T | | | | | |
| 280.   - Black Rock Credit Allocation | B | Dividend | J | T | | | | | |
| 281.   - Balck Rock Debt Strategies | A | Dividend | J | T | | | | | |
| 282.   - Blackrock Resources & Commodities | A | Dividend | J | T | | | | | |
| 283.   - Brandywine Global Income | A | Dividend | J | T | | | | | |
| 284.   - CBRE Clarion Global RE | A | Dividend | J | T | | | | | |
| 285.   - Clough Global Equity | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 286.   - Duff & Phelps Global Utility | A | Dividend | J | T | | | | | |
| 287.   - General American Investors | A | Dividend | J | T | | | | | |
| 288.   - John Hancock Tax-Adv Dividend | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 289.   - Nuveen Real Asset | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  - Pgim Glb Sht Duration Hi Yield | A | Dividend | J | T | | | | | |
| 291.  - Pgim Short Duration Hi Yield | A | Dividend | J | T | | | | | |
| 292.  - River North Double Line Strategic Opp | A | Dividend | J | T | | | | | |
| 293.  - Royce Micro Cap | A | Dividend | J | T | | | | | |
| 294.  - Royce Value Trust | A | Dividend | J | T | | | | | |
| 295.  - Tri-Continental Corp. | A | Dividend | J | T | | | | | |
| 296.  - Wells Fargo Global Div | A | Dividend | J | T | | | | | |
| 297.  - AGNC Investment Corp. | A | Dividend | J | T | | | | | |
| 298.  - Akamai Technologies | | None | | | Sold | 11/12/19 | J | A | |
| 299.  - Altria Group Inc. | A | Dividend | J | T | | | | | |
| 300.  - Ameren Corp. | A | Dividend | J | T | | | | | |
| 301.  - American Financial Group | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 302.  - Amerisource Bergen | A | Dividend | J | T | | | | | |
| 303.  - Annaly Capital Management | A | Dividend | | | Sold | 05/10/19 | J | A | |
| 304.  - Anthem Inc. | A | Dividend | J | T | | | | | |
| 305.  - Apple Hospitaliy REIT | A | Dividend | J | T | | | | | |
| 306.  - Archer Daniels Midland | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - A T & T Inc. | A | Dividend | J | T | | | | | |
| 308.  - Baxter International | A | Dividend | J | T | | | | | |
| 309.  - Bio-Rad Laboroatories | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 310.  - Bio Techne Corp. | A | Dividend | | | Sold | 09/30/19 | J | A | |
| 311.  - Bristol Myers Squibb | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 312.  - Brixmor Property Group | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 313.  - Broadridge Financial | A | Dividend | | | Sold | 11/05/19 | J | A | |
| 314.  - Cardinal Health | A | Dividend | J | T | | | | | |
| 315.  - Center Point Energy | A | Dividend | J | T | | | | | |
| 316.  - Chemed Corp. | A | Dividend | J | T | | | | | |
| 317.  - Chimera Investment | A | Dividend | J | T | | | | | |
| 318.  - Church & Dwight Inc. | A | Dividend | J | T | | | | | |
| 319.  - Cigna Corp. | A | Dividend | J | T | | | | | |
| 320.  - Clorox Co. | A | Dividend | J | T | | | | | |
| 321.  - Colgate Palmolive | A | Dividend | J | T | | | | | |
| 322.  - ConAgra Foods | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 323.  - Consolidated Edison | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.   - Corporate Office Properties Trust | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 325.   - Darden Restaurants | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 326.   - Davita Inc. | | None | J | T | | | | | |
| 327.   - DTE Energy Co. | A | Dividend | J | T | | | | | |
| 328.   - Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 329.   - Encompass Health Corp. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 330.   - Energizer Holdings Inc. | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 331.   - Entergy Corp. | A | Dividend | J | T | | | | | |
| 332.   - Equity Commonwealth | | None | J | T | | | | | |
| 333.   - Evergy Inc. | A | Dividend | J | T | | | | | |
| 334.   - Exelon Corp. | A | Dividend | J | T | | | | | |
| 335.   - Flowers Foods Inc. | A | Dividend | J | T | | | | | |
| 336.   - Gaming and Leisure Properties | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 337.   - General Mills Inc. | A | Dividend | J | T | Buy | 05/10/19 | J | | |
| 338.   - Globe Life Inc. | A | Dividend | J | T | Buy | 05/10/19 | J | | |
| 339.   - Henry Schein Inc. | | None | J | T | | | | | |
| 340.   - Hershey Co. | A | Dividend | J | T | Buy | 05/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.   - Hill-Rom Holdings | A | Dividend | J | T | | | | | |
| 342.   - Hospitality Properties | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 343.   - H & R Block | A | Dividend | J | T | | | | | |
| 344.   - Humana Inc. | A | Dividend | J | T | | | | | |
| 345.   - Ingredion Corp. | A | Dividend | J | T | | | | | |
| 346.   - Jack Henry & Assoc. | A | Dividend | | | Sold | 05/10/19 | J | A | |
| 347.   - JM Smucker Co. | A | Dividend | J | T | | | | | |
| 348.   - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 349.   - Kelleogg Co. | A | Dividend | J | T | | | | | |
| 350.   - Kimberly-Clark Corp. | A | Dividend | J | T | | | | | |
| 351.   - Laboratory Corp of America | | None | J | T | | | | | |
| 352.   - Lamb Weston Holdings | A | Dividend | J | T | | | | | |
| 353.   - Leidos Holdings Inc. | A | Dividend | J | T | | | | | |
| 354.   - McCormick & Co. | A | Dividend | J | T | | | | | |
| 355.   - McKesson Corp. | A | Dividend | J | T | | | | | |
| 356.   - MDU Resources Group | A | Dividend | J | T | | | | | |
| 357.   - Medical Properties Trust | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. - MEDNAX Inc. | | None | | | Sold | 07/31/19 | J | A | |
| 359. - Merck & Co. | A | Dividend | J | T | | | | | |
| 360. - MFA Financial | A | Dividend | J | T | | | | | |
| 361. - MGIC Investment Corp. | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 362. -- National Fuel Gas Co. | A | Dividend | J | T | Buy | 05/10/19 | J | | |
| 363. - New Residential | A | Dividend | J | T | | | | | |
| 364. - New York Community Bancorp | A | Dividend | J | T | | | | | |
| 365. - OGE Energy Corp | A | Dividend | J | T | | | | | |
| 366. - Park Hotels & Resorts | A | Dividend | J | T | | | | | |
| 367. - PepsiCo Inc. | A | Dividend | J | T | Buy | 07/31/19 | J | | |
| 368. -Pfizer Inc. | A | Dividend | J | T | | | | | |
| 369. - Philip Morris | A | Dividend | J | T | | | | | |
| 370. - PNC Financial | A | Dividend | | | Sold | 07/17/19 | J | A | |
| 371. - Premier Inc. | | None | J | T | | | | | |
| 372. - Proctor & Gamble Co. | A | Dividend | J | T | Buy | 03/04/19 | J | | |
| 373. - Public Service Enterprise Grp | A | Dividend | J | T | | | | | |
| 374. - Quest Diagnostics | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.   - Realogy Holdings | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 376.   - Reinsurance Group of America | A | Dividend | J | T | | | | | |
| 377.   - Reliance Steel & Aluminum | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 378.   - Robert Half Intl | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 379.   - Service Properties Trust | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 380.   - Silgan Holdings | A | Dividend | J | T | | | | | |
| 381.   - Southern Corp. | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 382.   - TCF Financial Corp | A | Dividend | | | Sold | 10/29/19 | J | A | |
| 383.   - Telephone & Data Systems | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 384.   - Torchmark Corp. | A | Dividend | | | Sold | 08/30/19 | J | A | |
| 385.   - Total Systems | A | Dividend | | | Sold | 08/09/19 | J | A | |
| 386.   - Two Harbors | A | Dividend | J | T | | | | | |
| 387.   - Tyson Foods Inc. | A | Dividend | J | T | | | | | |
| 388.   - Universal Health Services | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 389.   - Unum Group | A | Dividend | J | T | | | | | |
| 390.   - Varian Medical Systems | | None | J | T | | | | | |
| 391.   - Vectren Corp | A | Dividend | | | Sold | 04/04/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. - VEREIT Inc. | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 393. - Verizon Communications | A | Dividend | J | T | Buy | 05/10/19 | J | | |
| 394. - WellCare Health Plans | | None | | | Sold | 05/10/19 | J | A | |
| 395. - Wyndham Destinations | A | Dividend | J | T | | | | | |
| 396. - Xcel Energy | A | Dividend | J | T | | | | | |
| 397. - Zoetis Inc. | A | Dividend | J | T | | | | | |
| 398. - Vermilion Energy Inc. | A | Dividend | | | Sold | 03/25/19 | J | A | |
| 399. - Assured Guaranty Ltd. | A | Dividend | | | Sold | 03/11/19 | J | A | |
| 400. - Allegion PLC | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 401. - Genpact Ltd. | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 402. - Pentair PLC | A | Dividend | J | T | | | | | |
| 403. - Perrigo Co Ltd | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 404. - Black Rock Enhanced Global Div | A | Dividend | J | T | | | | | |
| 405. - Black Rock Enhanced Intl Div | A | Dividend | J | T | | | | | |
| 406. - Clough Global Opportunities | A | Dividend | J | T | | | | | |
| 407. - Amdocs Ltd. | A | Dividend | J | T | | | | | |
| 408. - Arch Capital Group | | None | J | T | Buy | 11/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409.   - Bunge Ltd. | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 410.   - Jazz Pharmaceuticals PLC | | None | J | T | Buy | 11/12/19 | J | | |
| 411.   - Popular Inc. | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 412.   - RenaissanceRe Holdings Ltd | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 413.   - ABB Ltd ADR | A | Dividend | J | T | | | | | |
| 414.   - Allianz SE | A | Dividend | J | T | | | | | |
| 415.   - ASE Technology | | None | J | T | | | | | |
| 416.   - Astazeneca ADR | A | Dividend | J | T | | | | | |
| 417.   - BAE Systems | A | Dividend | J | T | | | | | |
| 418.   - BCE Inc. | A | Dividend | J | T | | | | | |
| 419.   - BNP Paribas | A | Dividend | J | T | | | | | |
| 420.   - BOC Hong Kong | A | Dividend | J | T | | | | | |
| 421.   - British American Tobacco | A | Dividend | J | T | | | | | |
| 422.   - China Petroleum | A | Dividend | J | T | | | | | |
| 423.   - Cie Generale des Establissements | A | Dividend | J | T | | | | | |
| 424.   - Daimler AG | A | Dividend | | | Sold | 11/19/19 | J | A | |
| 425.   - Deutsche Telecom | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426.  - Diageo ADR | A | Dividend | J | T | | | | | |
| 427.  - Engie SA | A | Dividend | J | T | | | | | |
| 428.  - GlaxoSmithKline | A | Dividend | J | T | | | | | |
| 429.  - Honda Motors | A | Dividend | | | Sold | 11/19/19 | J | A | |
| 430.  - HSBC Holdings | A | Dividend | J | T | | | | | |
| 431.  - Iberdrola SA | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 432.  - Imperial Brands | A | Dividend | J | T | | | | | |
| 433.  - Lloyds Banking | A | Dividend | J | T | | | | | |
| 434.  - Manulife Financial | A | Dividend | J | T | | | | | |
| 435.  - MMC Norlisk Nickel | A | Dividend | J | T | | | | | |
| 436.  - Muenchener Reukversicherungs | A | Dividend | J | T | | | | | |
| 437.  - Nestle SA Spon ADR | A | Dividend | J | T | | | | | |
| 438.  - Nippon Tel & Tel | A | Dividend | J | T | | | | | |
| 439.  - NN Group NV | A | Dividend | J | T | | | | | |
| 440.  - Novartis AG ADR | A | Dividend | J | T | | | | | |
| 441.  - Orkla ASA | A | Dividend | J | T | | | | | |
| 442.  - ProSiebenSat | A | Dividend | | | Sold | 11/05/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. - Roche Holdings | A | Dividend | J | T | | | | | |
| 444. - Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 445. - Sanofi - Aventis | A | Dividend | J | T | | | | | |
| 446. - Siemens AG ADR | A | Dividend | J | T | | | | | |
| 447. - Singapore Telecommunications | A | Dividend | J | T | | | | | |
| 448. - Smiths Group PLC | A | Dividend | J | T | | | | | |
| 449. - Smurfit Kappa Group | A | Dividend | J | T | | | | | |
| 450. - Sonic Healthcare Ltd. | A | Dividend | J | T | | | | | |
| 451. - SSE PLC | A | Dividend | | | Sold | 10/03/19 | J | A | |
| 452. - Telefonica Brasil | A | Dividend | J | T | | | | | |
| 453. - Total ADR Each Rep | A | Dividend | J | T | | | | | |
| 454. - Toyota Motor | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 455. - UBS Group | A | Dividend | J | T | | | | | |
| 456. - Unilever NV | A | Dividend | J | T | | | | | |
| 457. - United Overseas Bank | A | Dividend | J | T | | | | | |
| 458. - UPM-Kymmene Oyj | | None | J | T | Buy | 10/03/19 | J | | |
| 459. - Vodaphone Group | A | Dividend | | | Sold | 05/31/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  - Zurich Insurance Group | A | Dividend | J | T | | | | | |
| 461.  - Alliance Bernstein Glo Hi Income | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 462.  - Apollo Tactical Income | A | Dividend | J | T | | | | | |
| 463.  - Ares Dynamic Credit Allocation | A | Dividend | J | T | | | | | |
| 464.  - Black Rock Core Bond Trust | A | Dividend | J | T | | | | | |
| 465.  - Black Rock Corporate HI Yield | A | Dividend | J | T | | | | | |
| 466.  - Blackrock Floating Rate | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 467.  - Blackrock Income Trust | A | Dividend | | | Sold | 09/17/19 | J | A | |
| 468.  - Blackrock Taxable Municipal | A | Dividend | | | Sold | 09/03/19 | J | A | |
| 469.  - Boulder Growth & Income | A | Dividend | J | T | | | | | |
| 470.  - Cohen & Steers Ltd. Duration Pref | A | Dividend | | | Sold | 09/03/19 | J | A | |
| 471.  - Cohen & Steers REIT | A | Dividend | J | T | | | | | |
| 472.  - Eaton Vance Floating Rate | A | Dividend | J | T | Buy | 09/17/19 | J | | |
| 473.  - Eaton Vance Ltd Duration | A | Dividend | J | T | | | | | |
| 474.  - Eaton Vance Senior Floating Rate | A | Dividend | J | T | Buy | 10/04/19 | J | | |
| 475.  - First Trust High Income | A | Dividend | J | T | | | | | |
| 476.  - First Trust Interm Duration | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. - MFS Charter Income | A | Dividend | J | T | | | | | |
| 478. - MFS Intermed Income | A | Dividend | J | T | | | | | |
| 479. - MFS Multimarket Income | A | Dividend | J | T | | | | | |
| 480. - Nuveen Credit Strategies | A | Dividend | J | T | | | | | |
| 481. - Nuveen Floating Rate | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 482. - Nuveen Global High Income | A | Dividend | J | T | | | | | |
| 483. - Nuveen Pref and Income Opp | A | Dividend | J | T | | | | | |
| 484. - Nuveen Pref & Inc Securities | A | Dividend | | | Sold | 06/04/19 | J | A | |
| 485. - Nuveen Pref & Income Term Fund | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 486. - Nuveen Real Estate Fund | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 487. - Putnam Master Income | A | Dividend | | | Sold | 08/13/19 | J | A | |
| 488. - Templeton Global | A | Dividend | J | T | | | | | |
| 489. - Voya Prime Rate Trust Shs | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 490. - Wells Fargo Income Opp | A | Dividend | J | T | | | | | |
| 491. - Western Asset Emerging Markets Debt | A | Dividend | J | T | | | | | |
| 492. - Western Asset Global Corporate | A | Dividend | J | T | | | | | |
| 493. - Western Asset Global High Income | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. - Western Asset High Yield | A | Dividend | J | T | | | | | |
| 495. - Western Asset High Income II | A | Dividend | J | T | | | | | |
| 496. - Western Asset High Income Opp | A | Dividend | J | T | | | | | |
| 497. - Western Income Inflation-Linked Opp | A | Dividend | J | T | Buy | 07/17/19 | J | | |
| 498. - AmEx Credit Corp. 2.25% | A | Interest | | | Sold | 07/31/19 | J | A | |
| 499. - Anheuser Busch InBev 4.75% | A | Interest | J | T | Buy | 10/01/19 | J | | |
| 500. - Apple Inc. 1.55% | A | Interest | J | T | | | | | |
| 501. - Astrazeneca PLC 2.375% | A | Interest | J | T | | | | | |
| 502. - AT&T Inc. 3.875% | A | Interest | J | T | | | | | |
| 503. - Bank of America Corp 3.3% | A | Interest | J | T | | | | | |
| 504. - Berkshire Hatahaway Finance 4.25% | A | Interest | J | T | | | | | |
| 505. - Chevron Corp. 2.355% | A | Interest | J | T | Buy | 06/07/19 | J | | |
| 506. - Cisco Systems 3.625% | A | Interest | J | T | | | | | |
| 507. - Citigroup Inc. 3.75% | A | Interest | J | T | | | | | |
| 508. - Coca Cola Co. 3.2% | A | Interest | J | T | | | | | |
| 509. - ConocoPhillips 6.95% | A | Interest | J | T | Buy | 06/04/19 | J | | |
| 510. - Enterprise Products Operating 3.125% | A | Interest | J | T | Buy | 06/04/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.   - Comcast Corp 3.15% | A | Interest | J | T | | | | | |
| 512.   - Exxon Mobil Cpr. 3.043% | A | Interest | J | T | | | | | |
| 513.   - General Electric 2.3% | A | Interest | | | Sold | 06/07/19 | J | A | |
| 514.   - Gliead Sciences 2.95% | A | Interest | J | T | | | | | |
| 515.   - Goldman Sachs 3.5% | A | Interest | J | T | | | | | |
| 516.   - Intel Corp 2.7% | A | Interest | J | T | | | | | |
| 517.   - IBM Corp 3.625% | A | Interest | J | T | | | | | |
| 518.   - JP Morgan Chase 3.125% | A | Interest | J | T | | | | | |
| 519.   - Lowe's Cos. 2.5% | A | Interest | J | T | | | | | |
| 520.   - Lowe's Cos. 3.12% | A | Interest | J | T | | | | | |
| 521.   - Microsoft Corp 3.3% | A | Interest | J | T | Buy | 08/27/19 | J | | |
| 522.   - Morgan Stanley 2.125% | A | Interest | J | T | | | | | |
| 523.   - Northrup Grumman 3.25% | A | Interest | J | T | | | | | |
| 524.   - PepsiCo Inc. 2.375% | A | Interest | J | T | | | | | |
| 525.   - Pfizer Inc. 3% | A | Interest | J | T | | | | | |
| 526.   - Shell Intl 3.25% | A | Interest | J | T | | | | | |
| 527.   - TCI Comm 7.875% | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. - Toyota Motor Credit 2.1% | A | Interest | | | Sold | 08/14/19 | J | A | |
| 529. - TWDC Enterprises 18 Corp 2.75% | A | Interest | J | T | Buy | 08/15/19 | J | | |
| 530. - Walmart Inc. 5.875% | A | Interest | J | T | | | | | |
| 531. - Walt Disney 2.75% | A | Interest | | | Sold | 08/23/19 | J | A | |
| 532. - Wells Fargo 2.15% | A | Interest | J | T | | | | | |
| 533. - BHP Billiton 3.85% | A | Interest | J | T | | | | | |
| 534. - BP Capital Markets 3.245% | A | Interest | J | T | | | | | |
| 535. - Government Fund SEOXX | A | Interest | J | T | | | | | |
| 536. New York State 529 College Savings Plan #1 (header) | | | | | | | | | |
| 537. - JP Morgan Agressive Age-Based Portfolio | A | Int./Div. | K | T | | | | | |
| 538. New York State 529 College Savings Plan #2 (header) | | | | | | | | | |
| 539. - JP Morgan Moderate Age-Based Portfolio | A | Int./Div. | J | T | | | | | |
| 540. Nationwide Universal Life (Header) | | | | | | | | | |
| 541. - Fixed Interest Strategy | A | Interest | J | T | Buy | 01/18/19 | J | | |
| 542. - 1-Yr. S&P 500 Pnt to Pnt | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 543. | | | | | | | | | |
| 544. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hummel, Christian F.** | 06/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 06/27/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Christian F. Hummel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544